# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Terry Whisnant,

    Plaintiff(s),

vs.

JPMorgan Chase Bank,

    Defendant(s).

JUDGMENT IN A CIVIL CASE

3:05cv340

DECISION BY COURT. This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 7/7/06 Order.

July 10, 2006

FRANK G. JOHNS, CLERK

BY: *[signature]*
Cynthia Huntley, Deputy Clerk